No. 74–70. GOLDFARB ET UX. *v.* VIRGINIA STATE BAR ET AL. C. A. 4th Cir. [Certiorari granted, 419 U. S. 963.] Motions of American Dental Assn. and National Organization of Bar Counsel for leave to file briefs as *amici curiae* granted. MR. JUSTICE MARSHALL and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.*

No. 74–201. CITY OF RICHMOND, VIRGINIA *v.* UNITED STATES ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 1067.] Joint motion for additional time for oral argument granted and a total of one hour and 20 minutes allotted for that purpose. MR. JUSTICE MARSHALL and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 74–452. TWENTIETH CENTURY MUSIC CORP. ET AL. *v.* AIKEN. C. A. 3d Cir. [Certiorari granted, 419 U. S. 1067]. Motion of Authors League of America, Inc., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 74–456. HILL, ATTORNEY GENERAL OF TEXAS, ET AL. *v.* PRINTING INDUSTRIES OF THE GULF COAST ET AL. Appeal from D. C. S. D. Tex. [Probable jurisdiction noted, 419 U. S. 1088.] Motion of Common Cause for leave to file a brief as *amicus curiae* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 74–584. SEARS *v.* DANN, COMMISSIONER OF PATENTS. C. A. 4th Cir. Motion to expedite consideration of petition for certiorari denied. 

---

*See also note, *supra,* p. 914.